74 F.3d 1227
 Antoine Nassimos, Joseph Fichner, Jr., Michael Conroy,
Anthony Rossi, Daniel W. Weltman, George Steiner,
William A. Moore, William Tedesco,
Michael Ignozzi, Alan Hanzo
v.
New Jersey Board of Examiners of Master Plumbers, New Jersey
Association of Plumbing, Heating and Cooling Contractors,
Bayshore Ass'n of Plumbing, Heating, and Cooling
Contractors, Robert Muller, Officer of New Jersey Ass'n of
Plumbing, Heating and Cooling Contractors, Thomas Biondi, Alan Feid
 NO. 95-5249
 United States Court of Appeals,
Third Circuit.
 Dec 18, 1995
 
 Appeal From: D.N.J., No. 94-cv-01319,
 Parell, J.
 
 
 1
 AFFIRMED.